UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY KELLY, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-1859-KJD-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO EXTEND |
| TARGET CORPORATION, et al., | ) | |
| | ) | (Docket No. 12) |
| Defendant(s). | ) | |

Pending before the Court is Defendant's motion to extend various deadlines established in the scheduling order. Docket No. 12. The Court ordered that any response be filed no later than January 24, 2014, *see* Docket No. 13, but none has been filed to date. For good cause shown, the Court hereby GRANTS the motion and EXTENDS the deadlines as follows:

- Initial Expert Disclosures: April 10, 2014
- Joint Interim Status Report: April 10, 2014
- Rebuttal Expert Disclosures: May 12, 2014
- Close of Discovery: June 9, 2014
- Dispositive Motion Deadline: July 9, 2014
- Joint Pre-Trial Order: August 8, 2014

IT IS SO ORDERED.

DATED: January 31, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge