UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY KELLY, | Case No. 2:13-CV-1859-KJD-NJK |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, *et al.*, | |
| Defendants. | |

Before the Court is a Countermotion for Spoilation Instruction (#24) filed by Plaintiff Jeffrey Kelly. Multiple motions for summary judgment are currently pending before the Court in this matter. Accordingly, the motion (#24) is **HEREBY DENIED** without prejudice as premature. Such a motion may properly be filed after the resolution of all dispositive motions as a Motion in Limine prior to trial.

DATED this 6th day of August 2014.

_____
Kent J. Dawson
United States District Judge